# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD HUSEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITE HERE BARTENDERS UNION ) <br> LOCAL 165 ) <br> ) <br> Defendant. ) | Case No. 2:15-cv-00182-GMN-GWF <br><br> **ORDER** |

This matter is before the Court on Kang & Associates PLLC's Motion to Withdraw as Counsel of Record for Plaintiff Richard Husel (#13), filed on June 22, 2015. To date, no party has filed an opposition to this motion and the time for opposition has now expired. Furthermore, the movants substantially establish good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Kang & Associates PLLC's Motion to Withdraw as Attorney of Record for Plaintiff Richard Husel (#13) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Richard Husel to the civil docket:

**RICHARD HUSEL**
**5786 MESA MOUNTAIN DRIVE**
**LAS VEGAS, NEVADA, 89135**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Richard Husel with a copy of this order at his last known addresses listed above.

DATED this 10th day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge