# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD HUSEL, | |
| Plaintiff, | Case No. 2:15-cv-00182-GMN-GWF |
| vs. | **ORDER** |
| UNITE HERE BARTENDERS UNION LOCAL 165, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Exception of Attendance Requirement (#22), filed on September 25, 2015.  No response has been filed, and the time to do so has passed.

Defendant moves to exempt its insurance carrier from attendance at the upcoming settlement conference.  The carrier is located in Silver Spring, Maryland, and would have to send a representative from that location to attend the conference.  Defendant will instead be represented by counsel with binding settlement authority.  Defendant represents that the insurance carrier's absence will not impact the settlement in any way.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Exception of Attendance Requirement (#22) is **granted**.

**DATED** this 13th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge