Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
PICKARD PARRY PFAU
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052
702 910 4300 TEL
702 910 4303 FAX
zach@pickardparry.com

Attorneys for Plaintiff,
Richard Husel

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

* * *

| | |
|---|---|
| Richard Husel, an individual,<br><br>         Plaintiff,<br><br>vs.<br><br>Unite Here Bartenders Union Local 165,<br><br>         Defendant. | Case No.: 2-15-cv-00182-GMN |

**Stipulation for Leave to Substitute Attorneys**

Pursuant to LR 10-6, Plaintiff Richard Husel hereby stipulates to substitute the law offices of PICKARD PARRY PFAU as their counsel of record in the above-entitled action in the place and stead of the McDONALD LAW GROUP, LLC.

Dated this 11th day of January 2016

_/s/ Richard Husel_
Richard Husel

1  I hereby agree to substitute in place and stead of the McDONALD LAW
2  GROUP, LLC in the above-entitled action as counsel for Plaintiff.
3  DATED this 12th day of January 2016.    PICKARD PARRY PFAU

_____
Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052

Attorneys for Plaintiff,
*Richard Husel*

I hereby agree to the substitution of the law offices of PICKARD PARRY PFAU as counsel for Plaintiff in the place and stead of McDONALD LAW GROUP, LLC in the above-entitled action.

DATED this ____ day of January 2016.    McDONALD LAW GROUP, LLC

_____
Rena McDonald, Esq.
Nevada Bar No.: 8852
1013 Whitney Ranch Drive, Suite 140
Henderson, Nevada 89014

**IT IS SO ORDERED:**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   January 13, 2016**

**Certificate of Service**

I hereby certify that on the 12th day of January 2016, service of the foregoing **Stipulation for Leave to Substitute Attorneys** was made by required electronic service to the following individuals:

Kristin L. Martin, Esq.
McCRACKEN, STEMERMAN & HOLSBERRY
1630 South Commerce Street, Suite A-1
Las Vegas, Nevada 89102

*Attorney for Defendant*
Unite Here Bartenders Union Local 165

_____
An Employee of PICKARD PARRY PFAU